**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MIHELICH,** | Case No. 8:10-cv-01442-AG-AGR |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **HSW FINANCIAL RECOVERY LLC,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal Without Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 23rd day of December, 2010.

By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Filed electronically on this 23rd day of December, 2010, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 23rd day of December, 2010, via the ECF system to:

Honorable Andrew J. Guilford
Judge of the United States District Court
Central District of California

Andrew K Alper
Frandzel Robins Bloom and Csato
6500 Wilshire Blvd 17th Floor
Los Angeles, CA 90048-0932


By: s/Todd M. Friedman
      Todd M. Friedman